# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>UMEDICA LABORATORIES PVT. LTD., )<br><br>Defendants. ) | C.A. No. _____ |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES
## INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

Date Patentee Received Notice:  <u>November 12, 2024</u>

Date of Expiration of the Patents-In-Suit:

| Patent No. | Expiration |
|---|---|
| 8,101,659 | January 15, 2025<br>(July 15, 2025 with pediatric exclusivity) |
| 8,877,938 | May 27, 2027<br>(November 27, 2027 with pediatric exclusivity) |
| 9,388,134 | November 8, 2026<br>(May 8, 2027 with pediatric exclusivity) |
| 9,517,226 | August 22, 2033 |
| 9,937,143 | August 22, 2033 |
| 11,058,667 | May 9, 2036 |

| 11,096,918 | November 8, 2026 |
|---|---|
| 11,135,192 | August 22, 2033 |

Thirty-Month Stay Deadline:     May 12, 2027

Dated: December 23, 2024

MCCARTER & ENGLISH, LLP

By: /s/ *Daniel M. Silver*
    Daniel M. Silver (#4758)
    Alexandra M. Joyce (#6423)
    Renaissance Centre
    405 N. King Street, 8th Floor
    Wilmington, Delaware 19801
    (302) 984-6300
    *dsilver@mccarter.com*
    *ajoyce@mccarter.com*

OF COUNSEL:

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne L. Flanders
Jared L. Stringham
Shannon K. Clark
Laura K. Fishwick
Gregory J. Manas
Erin Belfield
VENABLE LLP
151 West 42nd Street
New York, New York 10036
(212) 307-5500
nkallas@venable.com
cschwarz@venable.com
cloh@venable.com
slflanders@venable.com
jlstringham@venable.com
skclark@venable.com
lfishwick@venable.com
gjmanas@venable.com
ekbelfield@venable.com

    *Attorneys for Plaintiff Novartis*
    *Pharmaceuticals Corporation*