# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, ) ) ) ) Plaintiff, ) ) v. ) ) UMEDICA LABORATORIES PVT. LTD., ) ) ) Defendant. ) | C.A. No. 1:24-cv-01408 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") hereby gives notice by and through its attorneys that all claims in the above-captioned action are dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: December 30, 2024

MCCARTER & ENGLISH, LLP

By: */s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
*dsilver@mccarter.com*
*ajoyce@mccarter.com*

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*